**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Willie Hickson SMITH, Defendant–Appellant.**

**No. 08–11770**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 20, 2008.

Maurice C. Grant, II, Federal Public Defender, Jacksonville, FL, Donna Lee Elm, Federal Public Defender, Tampa, FL, for Defendant–Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and HULL, Circuit Judges.

PER CURIAM:

James T. Skuthan, appointed counsel for Willie Hickson Smith, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Smith's revocation of supervised release and sentence are **AFFIRMED.**